UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br>MDL No. 2100<br><br>Judge David R. Herndon<br>COMPLAINT AND JURY DEMAND<br>Civil Action No.: 3:11-CV-10969-DRH-PMF |
| TRACY A. HERRING,<br>           Plaintiff<br>vs.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL.<br><br>           Defendants.<br><br>AND RELATED CASES (SEE EXHIBIT I) | |

ORDER ON AMENDED MOTION
ESTABLISHING QUALIFIED SETTLEMENT FUND
Striking and Replacing Previous QSF Order (Doc. 10)

Upon the Amended Joint Motion to Establish Qualified Settlement Fund (Doc. 12), and for good cause shown, the Court hereby Orders:

1. McGartland & Borchardt, LLP ("M & B") has settled the instant case as well as those identified in the attached "Related Cases Exhibit" and desires to

establish a "Qualified Settlement Fund" ("QSF") to aid in administration of those settlements.

2. The McGartland & Borchardt LLP YAZ Qualified Settlement Fund is established as a QSF within the meaning of Treas. Reg. § 1.468B-1 and pursuant to the jurisdiction conferred on this Court by Treas. Reg. § 1.468B-1(c)(1).

3. The Garretson Firm Resolution Group, Inc. is appointed as administrator (the "Fund Administrator") pursuant to the terms, conditions and restrictions of the Escrow Agreement and is hereby granted the authority to conduct any and all activities necessary to administer this QSF as described in the Escrow Agreement.

4. The Fund shall be held at JP Morgan ("Bank"), a financial institution doing business in Fort Worth, Texas according to the terms, conditions and restrictions of this Order.

5. The Fund Administrator is authorized to effect qualified assignments of any resulting structured settlement liability within the meaning of Section 130(c) of the Internal Revenue Code to the qualified assignee.

6. Upon final distribution of all monies paid into the QSF, the Fund Administrator shall take appropriate steps to wind down the QSF and thereafter shall be discharged from any further responsibility with respect to the QSF.

SO ORDERED:

Digitally signed by David R. Herndon
Date: 2013.04.23 14:57:47 -05'00'

**Chief Judge**  
**United States District Court**

Date: April 23, 2013